UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:
IN RE: SILICON VALLEY BANK (CAYMAN
ISLANDS BRANCH)

------------------------------------------------------------------X

24 **CIVIL** 1871 (LGS)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 07, 2025, the Bankruptcy Court's dismissal of the Petition is AFFIRMED. The request for oral argument is DENIED as moot.; accordingly, the case is closed.

**Dated:** New York, New York
February 10, 2025

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**